**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Southwest Ft Worth Memory Care, LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | **Autumn Leaves of Cityview** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 6 – 3 0 1 7 5 8 1** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Enchanted Way, Suite 200**  Number    Street | Number    Street |
| **Grapevine, TX 76051**  City    State    ZIP Code | City    State    ZIP Code |
| **Tarrant**  County | **Location of principal assets, if different from principal place of business** |
| | **7100 Dutch Branch Rd.**  Number    Street |
| | **Fort Worth, TX 76132**  City    State    ZIP Code |

**5. Debtor's website (URL)**    autumnleaves.com/cityview

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Southwest Ft Worth Memory Care, LLC**  Case number *(if known)*
    Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6 2 3 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                     MM / DD / YYYY
     District _____ When _____ Case number _____
                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **See attached** Relationship _____
     District _____ When _____
                     MM / DD / YYYY
     Case number, if known _____

Debtor  **Southwest Ft Worth Memory Care, LLC**      Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number     Street<br>_____<br>_____<br>City              State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor **Southwest Ft Worth Memory Care, LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2025**
MM/ DD/ YYYY

X **/s/ Tracy Bazzell**
Signature of authorized representative of debtor

**Tracy Bazzell**
Printed name

Title **Agent**

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**
Signature of attorney for debtor

Date **04/23/2025**
MM/ DD/ YYYY

**Joyce W. Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**1412 Main St. Suite 500**
Number    Street

**Dallas**        **TX**      **75202**
City             State     ZIP Code

**(972) 503-4033**             **joyce@joycelindauer.com**
Contact phone                   Email address

**21555700**                    **Texas**
Bar number                      State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

## **AFFILIATED CASES**

Corinth Autumn Oaks, L.P.
Case No 24-44464
United States Bankruptcy Court
Northern District of Texas
Fort Worth Division
Judge Edward L. Morris
Filed December 2, 2024

Cypresswood Spring Memory Care, LLC
United States Bankruptcy Court
Northern District of Texas
Fort Worth Division
Filed April 23, 2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Southwest Ft Worth Memory Care, LLC**　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**04/23/2025**　　Signature　　　**/s/ Tracy Bazzell**
　　　　　　　　　　　　　　　　　　　Tracy Bazzell, Agent

ABC Pest Control of DFW, Inc.
997 Grandys Ln
Lewisville, TX 75077


Aline Whatley
600 Burl Moore Rd
Ennis, TX 75119


Argentum
PO Box 34701
Alexandria, VA 22334


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Bart Largent
1321 Nueces Court
Fort Worth, TX 76126


Brandon Sindelir
104 S. Henrietta St
Ferris, TX 75125


Brenda Canning
3117 Sweetbriar Ln
Fort Worth, TX 76109


Busby's Plumbing LLC
1426 Withers St
Fort Worth, TX 76105

Catherine Gollahon
4217 Sekirk Dr. W
Fort Worth, TX 76109


City of Fort Worth Water Dept.
PO Box 961003
Fort Worth, TX 76161


CLIA Laboratory Program
PO Box 3056
Portland, OR 97208


Clifford Power Systems Inc.
Dept. 1754
Tulsa, OK 74182


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Constellation New Energy, Inc.
PO Box 4640
Carol Stream, IL 60197


Cortland Wade
408 Cavendish Dr
Arlington, TX 76014


Cortland Wade
Blessed Hands Handyman & Yard Services
408 Cavendish Dr
Arlington, TX 76014

Crisp LaDew
5201 Saunders Rd
Fort Worth, TX 76119

Crowley ISD
500 East Border Suite 640
Arlington, TX 76010

Denise Inman
1320 Royster Rd.
Fort Worth, TX 76134

Diversified Fire Protection, Inc.
5941 Midway Rd
Haltom City, TX 76117

Double D Fire, Inc.
PO Box 2695
Forney, TX 75126

Stephen P. Fahey
640 Taylor St. Suite 1200
Fort Worth, TX 76102

Fusion Cloud Services
PO Box 31001-4150
Pasadena, CA 91110

Glenda Phipps
4716 Applewood Rd
Fort Worth, TX 76133

Goldn LLC
310 Busse Highway Suite 243
Park Ridge, IL 60068


Guardian Pharmacy of Texas
Dept. 8097
PO Box 11407
Birmingham, AL 35246


Home Depot Pro
PO Box 844727
Dallas, TX 75284


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
PO Box 730223
Dallas, TX 75373


J&M Family Management
1900 Enchanted Way Suite 200
Grapevine, TX 76051


James Gann Jr.
8009 Emerald Hills Way
North Richland Hills, TX 76180

Janice Bridges
5335 Premier Court
Fort Worth, TX 76132


Jill Noble
328 Marked Stone Rd
Burleson, TX 76028


Jorge Cardenas
5612 Hadley St.
Haltom City, TX 76117


Joycelyn Spencer
1940 Green Willow Dr
Fort Worth, TX 76134


Keith & Associates, Inc.
115 West 3rd St Suite 800
Tulsa, OK 74103


Konica Minolta Premier Finance
PO Box 105743
Atlanta, GA 30348


Legacy Guardianship
Attn: Lindsay Howell
PO Box 835310
Richardson, TX 75083


Liquid Environmental Solutions
PO Box 733372
Dallas, TX 75373

Logical Solutions
1850 N. Greenville Ave Suite 120
Richardson, TX 75081

Mars Services
1663 Hickory Dr Suite B
Haltom City, TX 76117

Martha Marshall
3857 Bent Elm Ln
Fort Worth, TX 76109

Medline Industries, Inc.
Attn: Lockbox 14400
5503 N. Cumberland Ave.
Chicago, IL 60656

Medtelligent, Inc.
PO Box 10075
Chicago, IL 60610

Mitch Warren
1900 Enchanted Way Suite 200
Grapevine, TX 76051

MWW Legacy Interests
1900 Enchanted Way Suite 200
Grapevine, TX 76051

OneDay
Dept. 2523
PO Box 122523
Dallas, TX 75312

Paula Clark
6917 Brookvale Rd
Fort Worth, TX 76132

Phyllis Corteway
4617 Palencia Dr
Fort Worth, TX 76126

PMA Insurance Group
PO Box 824870
Philadelphia, PA 19182

PSF II Dutch Branch LLC
3100 Monticello Ave Suite 600
Dallas, TX 75205

Resourceful Compliance
PO Box 61549
King of Prussia, PA 19406

Richard E. Storm
2201 Pembroke Dr
Fort Worth, TX 76110

Roadrunner Recycling, Inc.
PO Box 6011
Hermitage, PA 16148

Roobrik, Inc.
PO Box 52391
Durham, NC 27717

Dennis L. Roossien Jr.
Munsch Hardt Kopf & Harr, PC
500 N. Akard, Suite 4000
Dallas, TX 75201

Senior Living Specialists, LLC
14580 Berklee Dr
Addison, TX 75001

Shaun Wiley
6735 Canyon Crest Dr
Fort Worth, TX 76132

Sheffield Financial
PO Box 580229
Charlotte, NC 28258

SiteStaff, LLC
502 W. Montgomery Suite 376
Willis, TX 77378

Staples Business Advantage
PO Box 660409
Dallas, TX 75266

Stericycle, Inc.
28883 Network Place
Chicago, IL 60673

Tarrant County Tax Assessor
100 E. Weatherford
Fort Worth, TX 76196

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

US Foods
3682 Collections Ctr Dr
Chicago, IL 60693

Wendy Burgess, Tax Assessor/Collector
100 E. Weatherford
Fort Worth, TX 76196